FIRST UNION NATIONAL BANK *v.* STEPHEN G. LASK, JR.
(13847)

O'CONNELL, LANDAU and HEIMAN, Js.
Argued May 23—decision released July 4, 1995

*Christopher G. Winans,* for the appellant (defendant).

*Michael P. Sweeney,* with whom, on the brief, was *Stephen J. Conover,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.